IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PAUL CHITWOOD,<br><br>    Petitioner,<br><br>v.<br><br>GIPSON, Warden,<br><br>    Respondent. | Case No. 1:13-cv-00502 AWI MJS (HC)<br><br>**ORDER REQUIRING RESPONDENT TO PROVIDE COPIES OF STATE COURT RECORDS** |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 18, 2013, Petitioner filed a motion to stay the habeas corpus proceeding pending state exhaustion, and he filed a first amended petition for writ of habeas corpus. (ECF Nos. 16-17.) Respondent filed an opposition to the motion to stay on October 8, 2013, and Petitioner filed a reply on October 21, 2013. (ECF No. 18-19.)

During the pendency of this federal petition, and prior to filing the motion to stay, Petitioner filed a habeas corpus petition with the California Supreme Court. In re Chitwood, Cal. Sup. Ct. Case No. S212988. The petition was denied on November 13, 2013. Without copies of all of Petitioner's state filings, this Court cannot determine which claims of the petition have been exhausted. Accordingly, the Court hereby ORDERS

1

Respondent to provide the Court, within thirty (30) days of the date of issuance of this order, a copy of the record of Case No. S212988, and any other state pleadings not previously provided to this Court. See Rule 7, Rules Governing Section 2254 Cases (Court may direct the parties to expand the record).

IT IS SO ORDERED.

Dated:   November 20, 2013         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

2