IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY PAUL CHITWOOD,**<br><br>Petitioner,<br><br>v.<br><br>**GIPSON, Warden,**<br><br>Respondent. | **Case No. 1:13-cv-00502 AWI MJS (HC)**<br><br>**ORDER DENYING MOTION TO STAY**<br><br>**ORDER REQUIRING RESPONDENT TO FILE AN ANSWER TO PETITIONER'S FIRST AMENDED PETITION** |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 5, 2013, Petitioner filed a petition for writ of habeas corpus raising claims that the search and seizure and his arrest were unconstitutional. (Pet. at 4, ECF No. 1.) On direct appeal, Petitioner presented the claims to the California Court of Appeal, Fifth Appellate District and the California Supreme Court. (Lodged Docs 1-7.)

On June 14, 2013, Respondent filed an answer in response to the petition. (Answer, ECF No. 11.) In the answer, Respondent stated that it was Petitioner's burden to prove exhaustion; however Respondent proceeded to address the claims on the merits. (Id.)

Petitioner filed a motion to stay the petition to allow him to exhaust his state court

1

1  remedies. (ECF No. 14.) As the claims of the petition were exhausted, the Court denied
2  the motion to stay. (Order, ECF No. 15.) However, the Court noted that Petitioner's
3  pleadings discussed claims of ineffective assistance of counsel that were not included in
4  his federal petition. Petitioner was provided an opportunity to file an amended petition.

5  On September 18, 2013, Petitioner filed a first amended petition adding several
6  new claims primarily based on ineffective assistance of counsel, and he filed a renewed
7  motion to stay the petition to exhaust state remedies. (ECF Nos. 16-17.) Respondent
8  filed an opposition to the motion to stay on October 8, 2013, and Petitioner filed a reply
9  on October 21, 2013. (ECF Nos. 18-19.)

10 Upon review, the Court finds that Petitioner has presented to the California
11 Supreme Court, by way of a petition for writ of habeas corpus, the new claims added to
12 his amended petition The California Supreme Court denied the petition on November 13,
13 2013. Accordingly, it appears that the claims contained in the amended petition have
14 been exhausted. As Petitioner has not presented a 'mixed' petition of exhausted and
15 unexhausted claims, he is not entitled to a stay. Petitioner's renewed motion to stay is
16 DENIED.

17 Respondent is hereby ordered to respond to the amended petition and file an
18 amended answer addressing the claims presented in the petition within sixty (60) days of
19 the date of issuance of this order.

IT IS SO ORDERED.

Dated:   November 26, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2